Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br>Jermaine Lamar SCOTT,<br>　　　　　　　　Defendant. | Case No.　　3:14-CR-048-BR<br><br>MOTION TO CONTINUE/RESET TRIAL DATE |

COMES NOW Defendant, by and through counsel, and moves this court for an order continuing the trial date, presently set for a one-day trial beginning April 29, 2014, to a trial date in late June or early July of this year or thereafter at the Courts' convenience. This motion is made for the reasons stated in the attached declaration in support, is consented to by defendant Scott, and is unopposed by Asst. US Attorney Fred Weinhouse.

Respectfully submitted this 22nd day of April, 2014.

　　　　　　　　　　　　　　　　　　Pacific Northwest Law, LLP

　　　　　　　　　　　　　　　　　　/s/ (intended as original in electronic filings)
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Benjamin T. Andersen, OSB 06256
　　　　　　　　　　　　　　　　　　Attorney for Defendant

PAGE 1 – MOTION TO CONTINUE/RESET TRIAL DATE
　　　United States v. SCOTT,
　　　USDC Oregon Case No. 3:14-CR-048-BR