Benjamin T. Andersen, Of Counsel
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br>Jermaine Lamar SCOTT,<br>　　　　　　　　Defendant. | Case No.　　3:14-CR-048-BR<br><br>DECLARATION OF ATTORNEY ANDERSEN REGARDING MOTION TO CONTINUE/RESET TRIAL DATE |

　　　　I, Benjamin Andersen, declare:

1.　　I am the attorney for the above-named defendant. This case is set for a two-day trial beginning on April 29, 2014. This is the second trial date set for this case.

2.　　Mr. Scott was arrested on February 14, 2014. He was held on state charges for the same alleged conduct. Those state charges were subsequently dismissed, and Mr. Scott was transferred over to federal court. The federal arrest warrant was served on February 25th, and Mr. Scott's first appearance on this case was on February 26, 2014. He was detained. On March 5, 2014, he was released with conditions. I calculate that there have been thirty-three days since Mr. Scott's first appearance until the date of the filing of this motion.

3.　　This is Mr. Scott's first motion to continue.

PAGE 1 – DECLARATION OF ATTORNEY ANDERSEN REGARDING MOTION TO CONTINUE/RESET TRIAL DATE
　　　United States v. SCOTT,
　　　USDC Oregon Case No. 3:14-CR-048-BR

4.      The discovery provided is not extensive.  There are some factual issues that are raised by the discovery that I believe warrant further investigation.  Negotiations with the US Attorney's office are ongoing.

5.      Based on the necessity for further preparation and negotiation, I believe the ends of justice served by continuing trial in this case outweigh the best interest of the public and Mr. Scott in a speedy trial.

6.      I have discussed the Speedy Trial Act with Mr. Scott.  The day of the filing of this motion, I spoke in person with Mr. Scott regarding this motion.  He agreed with subject matter and basis for this motion.

7.      AUSA Fred Weinhouse does not oppose this motion.

DATED April 22, 2014.

Pacific Northwest Law, LLP

/s/ (intended as original in electronic filings)
_____
Benjamin T. Andersen, OSB 06256
Attorney for Defendant

PAGE 2 – DECLARATION OF ATTORNEY ANDERSEN REGARDING MOTION TO CONTINUE/RESET TRIAL DATE
        United States v. SCOTT,
        USDC Oregon Case No. 3:14-CR-048-BR